UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD SPENCER,<br><br>        Plaintiff,<br><br>   v.<br><br>A. ESCOBEDO, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01657-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE AS TO SERVICE OF PROCESS OF THE UNITED STATES MARSHAL<br><br>[ECF No. 30] |

Plaintiff Bernard Spencer is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 7, 2015, the Court ordered the United States marshal to service the amended complaint on Defendants E. Dodson, A. Escobedo, and L. Zoucha.  (ECF No. 29.)

On June 24, 2015, Plaintiff filed a notice to the Court indicating that Defendants have not yet responded to the complaint.  (ECF No. 30.)

Pursuant to the Court's May 7, 2015, service order the Marshals Service was directed to notify the Defendants of the commencement of this action and request waivers of service to be returned.  If the waivers of service are not returned within sixty days, the Marshals Service was directed to personally serve Defendants and returned the USM-285 forms within ten days after service is accomplished.  To date, the Court has not received a returned waiver of service or USM-285 form for any Defendant.  Thus, the United States marshal is still in the process of serving Defendants and

1  Plaintiff will be notified of service on any Defendant if and when it is accomplished.  Accordingly,
2  there is nothing for the Court or Plaintiff to do at this juncture as service of process is being processed
3  by the United States marshal.

5  IT IS SO ORDERED.

6  Dated:   **June 29, 2015**

                                           UNITED STATES MAGISTRATE JUDGE