# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD SPENCER, | Case No.: 1:13-cv-01657-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF UNTIL APRIL 30, 2017, TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| A. ESCOBEDO, et al., | |
| Defendants. | [ECF No. 53] |

Plaintiff Bernard Spencer is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 6, 2017, Plaintiff filed a sixth request to extend the time to file an opposition to Defendants' motion for summary judgment.

Defendants' motion for summary judgment was filed on September 30, 2016, and the Court has previously granted Plaintiff five separate extensions of time to file an opposition. In the present request, Plaintiff states that he has been transferred to three different facilities and his requests for legal documents have not been accommodated. Plaintiff indicates that he was returned to California Men's Colony on March 23, 2017. Based on Plaintiff's representations in the current motion, the Court will grant Plaintiff one last and final extension of time to file an opposition to Defendants' motion for summary judgment. However, given the length of time that the Defendants' motion has been pending and the fact that Plaintiff has previously receive five thirty day extensions of time to file

an opposition, no further extensions of time will be honored.  Indeed, Plaintiff fails to demonstrate what, if any, information is necessary to which he does not have access in order to properly file an opposition.  Accordingly, Plaintiff has until **April 30, 2017**, to file an opposition to Defendants' motion for summary judgment, after which time the motion will be submitted for review. After that time period, the motion will be deemed submitted.

IT IS SO ORDERED.

Dated: **April 10, 2017**

UNITED STATES MAGISTRATE JUDGE